FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 OCT 29 AM 10: 46
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR410-099 |
| ) | |
| WAYNE MUNGIN, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 21.) After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED** as the Opinion of the Court. Accordingly, the Court finds that Defendant Wayne Mungin is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

SO ORDERED this 29th day of October 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA