IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 4:10-cr-00099-WTM-GRS |
| ) | |
| WAYNE MUNGIN ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is defense counsel's Fourth Consolidated Motion And Memorandum Of Law Requesting Authorization Of Interim Payment. Doc. 75. In the motion, counsel seeks leave of court to submit an interim payment voucher under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, based on Defendant Mungin's hospitalization under 18 U.S.C. § 4243(e) following the Court's acceptance of his plea of not guilty only by reason of insanity. Doc. 27, ¶3. After careful consideration, the motion is GRANTED. Accordingly, counsel may submit an interim CJA payment voucher for the Court's consideration.

SO ORDERED this 10th day of SEPTEMBER, 2014.

_____
Honorable William T. Moore, Jr.
United States District Court
Southern District of Georgia

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_____ M
_____9/10__20 14___
Deputy Clerk