IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR410-99 |
| | ) | |
| WAYNE MUNGIN, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR416-260 |
| | ) | |
| DOUGLAS REED, ET AL, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR416-312 |
| | ) | |
| SENECA ROBERTS, ET AL, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR417-001 |
| | ) | |
| CHARLES BARRATTA, | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES OF AMERICA,    )
                             )
v.                           )    Case No. CR417-061
                             )
QUENTIN JENKINS,             )
                             )
        Defendant.           )


UNITED STATES OF AMERICA,    )
                             )
v.                           )    Case No. CR417-062
                             )
TEVIN LAWTON,                )
                             )
        Defendant.           )


UNITED STATES OF AMERICA,    )
                             )
v.                           )    Case No. CR417-067
                             )
AVERY QUARTERMAN,            )
                             )
        Defendant.           )


## ORDER

Carlton R. Bourne, Jr., counsel of record for the United States of America in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court,

however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED** this 25th day of May 2017.

HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA