IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 4:10-cr-00099-WTM-GRS-1 |
| | ) | |
| WAYNE MUNGIN | ) | |

## ORDER

Based upon the application of the Government, *see* Doc. 112, and for good cause shown therein, it is hereby ORDERED:

That the Presentence Investigative Report (PSR) in the above-styled case be unsealed for the limited purpose of providing the PSR to Dr. Lesli Johnson, a forensic psychologist, or other psychologist in charge of conducting the court-ordered psychological evaluation. *See* Doc. 110.

So ORDERED this 16th day of October, 2018.

HON. WILLIAM T. MOORE, JR.
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



1