IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. ... COURT
... NAH DIV.
2019 MAR 25 AM 11: 10
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR410-099
)
WAYNE MUNGIN, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 123), to which no objections have been
filed. After a careful review of the record, the Court
concurs with the Report and Recommendation, which is
**ADOPTED** as the Court's opinion in this case. Accordingly,
it is the **JUDGMENT** of the Court that Defendant Wayne Mungin
is committed to the custody of the Attorney General for
treatment in accordance with 18 U.S.C. § 4241(d). The Court
**DIRECTS** that Defendant is to be placed immediately in a
suitable facility for treatment for such a reasonable
period of time, not to exceed four months, as is necessary
to determine whether there is a substantial probability
that in the foreseeable future he will attain the capacity
to permit the proceedings to go forward. The Court further
**DIRECTS** the director of the facility in which Defendant is
hospitalized, pursuant to 18 U.S.C. § 4241(e), to notify

this Court when Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense by filing a certificate with the clerk of this Court. 18 U.S.C. § 4241(e).

SO ORDERED this 25th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA