IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| WAYNE MUNGIN, ) | CASE NO. CR410-099 |
| ) | |
| Defendant. ) | |
| ) | |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (doc. 193), to which no objections have been filed. After a careful review of the record,[1] the Report and Recommendation (doc. 193) is **ADOPTED** as the Court's opinion in this case. The Government's Motion to Release Requested Materials is **GRANTED, in part,** to the extent that it seeks release of the Presentence Investigative Report prepared in 2011. (Doc. 192, in part.) The Clerk is **DIRECTED** to deliver the Report to Defendant's counsel, Mr. Ryan Langlois, and Assistant United States Attorney Bradley Robert Thompson by mailing it to their respective addresses. Both Langlois and Thompson are **DIRECTED** not to copy

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

the Report and not to share it with anyone other than necessary support staff. Since the Government has indicated that it intends to file a motion seeking further psychological evaluation of Defendant, pursuant to 28 U.S.C. § 4246, (see doc. 194 at 1), the parties are **DIRECTED** to return their respective copies of the Report to the Clerk of Court and file a certificate of service indicating that they have returned the Report and that it has not been copied no later than either fourteen days after that motion is filed or ninety days from the date of this Order, whichever is earlier. To the extent that the parties seek an extension of the deadline for them to return the Report, the Court **REFERS** any such motion to the Magistrate Judge for disposition pursuant to 28 U.S.C. § 636(b)(1)(A).

**SO ORDERED** this 18th day of March, 2024.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA