UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                              ) | CR410-099 |
| ) | |
| WAYNE MUNGIN                          ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Ryan D. Langlois** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Ryan D. Langlois** be granted leave of absence for the following periods: January 23, 2025 through January 24, 2025.

ORDERED, this the 11th day of December, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA